UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID SCOTT HASTINGS,

    Plaintiff,

v.                                   Case No.:  2:18-cv-238-FtM-38MRM

MIKE SCOTT and CHERRIE MCABEE,

    Defendants.
_____/

## **OPINION AND ORDER**[1]

Before the Court is Plaintiff David Scott Hastings' Motion for an Extension of Time (Doc. 36) filed on March 2, 2020.  The Order that Hastings references dismissed his Third Amended Complaint, and gave Hastings until February 7, 2020, to file a Fourth Amended Complaint.  (Doc. 34).  The Court then extended that deadline to March 9, 2020.  (Doc. 35).  Hastings has not filed the Fourth Amended Complaint but explains that all his property was stolen while he was temporarily housed at another facility.  He also says that he had no access to his legal papers and a law library until February 25, which is why seeks an extension of time.  Because of Hastings' *pro se* status and in an abundance of caution, the Court finds good cause to extend the deadline—one final time—for a Fourth Amended Complaint.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Plaintiff David Scott Hastings' has until **March 23, 2020**, to file his Amended Complaint.  **Not doing so will cause the Court to enter judgment and close the case without further notice.**

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of March 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-2
Copies: All Parties of Record